THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:17-CR-77 |
| | : (JUDGE MARIANI) |
| GIMY JOSE RODRIGUEZ, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 6th DAY OF JULY, 2018, upon consideration of Defendant's "Amended Motion for Clarification of Protective Order issued by this Honorable Court Dated April 17, 2017," (Doc. 159), **IT IS HEREBY ORDERED THAT:**

1. The Protective Order, (Doc. 45), prohibits defense counsel from providing Defendant a copy of the materials which are subject to the Order for Defendant to retain outside of defense counsel's presence.

2. The Protective Order, (Doc. 45), is amended to include the following language: "Defendants may be shown copies of the materials subject to this Order as necessary to prepare a defense, but may not retain copies without prior permission of the Court."

3. Defense counsel shall meet with Defendant to review materials subject to the Protective Order until such time as Defendant and counsel can adequately prepare a defense.

Robert D. Mariani
United States District Judge