IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:17-CR-00077 |
| | : (JUDGE MARIANI) |
| GIMY JOSE RODRIGUEZ, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 28TH DAY OF AUGUST, 2019**, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Gimy Jose Rodriguez's "Amended Motion to Dismiss for Lack of Speedy Trial" (Doc. 251) is **DENIED**. Jury selection and trial in this case shall begin Wednesday, September 4, 2019, at 9:30 a.m. in the William J. Nealon Federal Building, Scranton, Pa. in a courtroom to be designated by the Clerk of Court.

Robert D. Mariani
United States District Judge